UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MARIE SHULTZ, | No. 2:22-cv-00397 KJM AC PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| KERN COUNTY, | |
| Defendant. | |

     Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  On March 4, 2022, the court granted plaintiff's application to proceed in forma paupers but declined to serve the complaint pursuant to the IFP screening process, giving plaintiff an opportunity to file an amended complaint.  ECF No. 3.  Plaintiff did not file an amended complaint.  Concerned that plaintiff had abandoned this case, the court issued an order to show cause within 14 days why this action should not be dismissed for failure to prosecute.  ECF No. 4.  Plaintiff was cautioned that failure respond could lead to a recommendation that the action be dismissed.  Plaintiff did not respond.  Plaintiff has not responded to the court's orders, nor taken any action to prosecute this case.

     Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R.

1

Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 26, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE