UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MARIE SHULTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN COUNTY, et al.,<br><br>    Defendants. | No. 1:22-cv-00646-JLT-BAM<br><br>**ORDER REGARDING PLAINTIFF'S SECOND APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**<br><br>(Doc. 7) |

    Plaintiff Susan Marie Shultz is proceeding pro se in this action. Plaintiff filed a request for leave to proceed in forma pauperis, and submitted the affidavit required by 28 U.S.C. § 1915(a). (Doc. 2.) The request to proceed in forma pauperis was granted on March 4, 2022, and Plaintiff was permitted leave to file an amended complaint. (Doc. 3.)

    On May 23, 2022, Plaintiff filed a first amended complaint (Doc. 6) and a second request for leave to proceed in forma pauperis (Doc. 7). Thereafter, on May 31, 2022, the matter was transferred to this Court from the Sacramento Division of the United States District Court for the Eastern District of California. (Doc. 8.)

    Currently pending before the Court is Plaintiff's second request for leave to proceed in forma pauperis. (Doc. 7.) Plaintiff's second affidavit has made the showing required by section 1915(a) to continue proceeding in forma pauperis. Given that Plaintiff's initial request to proceed in forma pauperis was granted, the Court finds Plaintiff's second request redundant and

unnecessary.  The request is therefore DISREGARDED.  Plaintiff continues to proceed in forma pauperis in this action.

Plaintiff is advised that the Court is required to screen complaints of pro se litigants proceeding in forma pauperis pursuant to Title 28 of the United States Code section 1915(e)(2).  The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2)(B).  As a result, no summons will issue at this time.  The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants.  The Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated:   **June 2, 2022**                          /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE