1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   SUSAN MARIE SHULTZ,                      No.  1:22-cv-00646-JLT-BAM

12              Plaintiff,                    ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
13        v.                                  ACTION

14   KERN COUNTY,                             (Doc. 11)

15              Defendant.

16

17        The assigned magistrate judge issued findings and recommendations supporting that

18   Plaintiff's federal claims be dismissed, with prejudice, based on her failure to state a claim and

19   failure to obey the Court's order; the Court decline to exercise supplemental jurisdiction over

20   Plaintiff's state law claims; and Plaintiff's state law claims be dismissed without prejudice.  (Doc.

21   11.)  The Court served the findings and recommendations on Plaintiff and advised her that any

22   objections had to be filed within 14 days after service.  (*Id.*)  She did not object, and the time in

23   which to do so has passed.

24        According to 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the

25   case.  Having carefully reviewed the entire file, the court finds that the findings and

26   recommendations are supported by the record and proper analysis.  Thus,

27        1.      The findings and recommendations issued on August 1, 2022 (Doc. 11) are

28              **ADOPTED IN FULL**.

                                               1

2.     Plaintiff's federal claims are **DISMISSED**, with prejudice, based on Plaintiff's failure to state a claim and failure to obey the Court's order.

3.     The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims.

4.     Plaintiff's state law claims are **DISMISSED** without prejudice.

5.     The Clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 2, 2022**

UNITED STATES DISTRICT JUDGE

2